UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-25140

MANUEL CARILLO,

Plaintiff,

vs.

UNDISPUTED CONSTRUCTION SERVICES LLC and
BENITO PAUL,

Defendants.
_______________________________/

## COMPLAINT FOR FLSA OVERTIME WAGES

Plaintiff, Manuel Carillo, sues Defendants, Undisputed Construction Services LLC and Benito Paul, for unpaid/underpaid overtime wages as follows:

***Parties, Jurisdiction, and Venue***

1. **Plaintiff, Manuel Carillo**, was and is a resident of Miami-Dade County, Florida, at all times material, and he is *sui juris*. He was an hourly non-exempt employee of Defendants who earned, but did not receive, overtime wages calculated at time and one-half times his regular rate of pay for all time he spent working over 40 hours per week from Defendant. Mr. Carillo consents to participate in this lawsuit.

2. **Defendant, Undisputed Construction Services LLC**, is a Florida for-profit limited liability corporation that conducted its for-profit business in Miami-Dade County, Florida, and it is *sui juris*.



7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884 FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*

3. **Defendant, Benito Paul**, was and is a manager of the corporate Defendant at all times material, ran its day-to-day operations, and was partially or totally responsible for paying Plaintiff's wages.

4. Defendants were Plaintiff's employers and joint employers for purposes of the FLSA, as that term "employer" is defined by 29 U.S.C. §203 (d).

5. This Court has jurisdiction over Plaintiff's FLSA claims pursuant to 29 U.S.C. §216(b).

6. Venue is proper pursuant to 28 U.S.C. §1391(b)(ii) because Defendants transact business in this District, performed work in this District, employed the Plaintiff in this District, were responsible for the payment of wages to Plaintiff in Miami-Dade County, Florida, and because most of the actions complained of occurring within this District.

***Background Facts***

7. Defendants regularly employed two or more employees for the relevant time period that handled goods or materials that travelled through interstate commerce, or used instrumentalities of interstate commerce in the course of their construction, renovation, and remodeling of real property, thus making Defendants' business an enterprise covered under the Fair Labor Standards Act.

8. Defendants have been at all times material engaged in interstate commerce in the course of their performance of construction, renovation, and remodeling of real property, and related services which, traditionally, cannot be performed without using goods, materials, supplies, and equipment that have all moved through interstate commerce prior.

9. Furthermore, Defendants obtain, exchange, and send/receive funds to and from outside of the State of Florida, utilize one or more vehicles, equipment, and machinery



7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884 FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*

manufactured/assembled outside of the State of Florida, petroleum products, regularly and recurrently use telephonic transmissions and transmit electronic information through computers, the internet, via email, and utilized Sunpass transponders for their business, all of which traveled from outside of the State of Florida prior to Defendants' use/purchase of same in the course of conducting Defendants' business.

10. Defendants' annual gross revenues derived from this interstate commerce are believed to be in excess of $500,000.00 for the relevant time period.

11. In particular, Defendants owns and operate a construction company that performs construction and renovation of real property in Miami-Dade, Broward, and Palm Beach counties.

12. Plaintiff worked for Defendants from approximately July 26, 2016 to November 23, 2016.

13. To the extent that records exist regarding the exact dates of Plaintiff's employment exist, his pay, and deductions from his pay, such records are in the exclusive custody of Defendants.

14. Plaintiff's work for Defendants was actually in or so closely related to the movement of commerce while he worked for Defendants that the Fair Labor Standards Act applies to Plaintiff's work for Defendants in the course of his performing construction and renovation services while using construction supplies including fasteners, insulation, drywall, plaster, primer, paint, and other goods, materials, and supplies that moved through interstate commerce while regularly and recurrently utilizing emails that traveled outside of the State of Florida in the performance of his work for Defendants. Defendants also would have Plaintiff purchase at Home Depot items such as access panels and other construction materials, while



7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884 FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*

driving Defendants' truck that was manufactured outside of the State of Florida for work purposes.

15. Defendants paid Plaintiff at the rate of $14 per hour until September 2016, when they began paying him at a rate of $15.00 per hour.

16. Defendants required that Plaintiff commence working at 7:30 a.m.

17. Defendants then would cease paying Plaintiff at 4:00 p.m., or the time that he left the jobsite(s) they designated, even though Plaintiff would have to then return from the jobsite(s) which were located up to almost 2 hours away, and then continue working after he returned to their principal place of business.

18. Defendants failed and refused to pay Plaintiff overtime wages calculated at time and one-half times his regular rate of pay for all hours worked over 40 hours in a given workweek.

19. Plaintiff retained the undersigned counsel and agreed to pay a reasonable fee for all services rendered.

20. All conditions precedent have been satisfied by Plaintiff or waived by Defendants.

21. Defendants willfully and intentionally refused to pay Plaintiff wages at a rate of time and one-half his regular rate of pay for each of the overtime hours he worked during the relevant time period.

22. Defendants either recklessly failed to investigate whether its failure to pay Plaintiff an overtime wage for the hours worked during the relevant time period violated the Federal Wage Laws of the United States, they intentionally misled Plaintiff to believe that Defendants were not required to pay overtime, and/or Defendants concocted a scheme pursuant to which it deprived Plaintiff of the overtime pay earned.



7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884 FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*

23. Plaintiff is entitled to a back pay award of overtime wages for all overtime hours worked, plus an equal amount as a penalty, plus all attorneys' fees and costs.

WHEREFORE Plaintiff, Manuel Carillo, demands the entry of a judgment in his favor and against Defendants, Undisputed Construction Services LLC and Benito Paul, jointly and severally, after trial by jury and as follows:

a. That Plaintiff recover compensatory damages for all time worked and an equal amount of liquidated damages as provided under the law and in 29 U.S.C. § 216(b);

b. That Plaintiff recover pre-judgment interest if the Court does not award liquidated damages,

c. That Plaintiff recover an award of reasonable attorneys fees, costs, and expenses pursuant to the FLSA;

d. That Plaintiff recover all interest allowed by law;

e. That Defendants be Ordered to make the Plaintiff whole by providing appropriate overtime pay and other benefits wrongly denied in an amount to be shown at trial and other affirmative relief; and

f. Such other and further relief as the Court deems just and proper.



7300 N. Kendall Drive, Suite 450, Miami, Florida 33156
TEL 305.230.4884 FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues so triable.

Dated this 12th day of December, 2016.

Respectfully Submitted,

FAIRLAW FIRM
*Counsel for Plaintiff*
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel: 305.230.4884
Fax: 305.230.4844

s/*Brian H. Pollock, Esq.*
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com